**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) | |
| ALI A. MAJD | ) | Case No. 12-15764-HRT |
| Debtor. | ) | Chapter 7 |
| ___________________________________ | ) | |
| | ) | |
| JEFFREY A. WEINMAN, Chapter 7 Trustee, | ) | Adversary Proceeding No. 14-01162-HRT |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| ALI A. MAJD, | ) | |
| ASGHAR A. MAJD, | ) | |
| ELITE AUTO SERVICE & AUTO BODY, INC | ) | |
| AVANTI AUTOWORKS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT AGAINST DEFENDANTS ALI A. MAJD, ASGHAR A. MAJD, ELITE AUTO SERVICE & AUTO BODY, INC., AND AVANTI AUTOWORKS, INC.**

Pursuant to and in accordance with the Order entered by the Honorable Howard R. Tallman, Bankruptcy Judge, and entered on the record in the above-entitled matter on even date herewith, it is hereby

ORDERED that JUDGMENT is entered in favor of the Trustee and against Defendants Ali A. Majd, Asghar A. Majd, Elite Auto Service & Auto Body, Inc., and Avanti Autoworks, Inc., jointly and severally, in the amount of $150,000. Trustee is awarded costs (filing fee) in the amount of $350, for a total judgment of $150,350, which shall bear interest pursuant to 28 U.S.C. § 1961.

FURTHER ORDERED that the transfers to Defendants are avoided and preserved for the estate of Ali A. Majd pursuant to 11 U.S.C. §§ 547, 548, and 550. A constructive trust is imposed on all of the assets, and profits of the assets, transferred to Defendants.

DATED this 6th day of July, 2015.

APPROVED BY THE COURT:

Howard Tallman
The Honorable Howard R. Tallman
United States Bankruptcy Judge

FOR THE COURT:

/s/ Tom Lane
Deputy Clerk